**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-cv-62061-BLOOM/Valle**

HOWARD COHAN,

    Plaintiff,

v.

SUNSHINE GASOLINE DISTRIBUTORS,
INC. d/b/a SHELL,

    Defendant.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice, ECF No. [10] ("Stipulation"), filed on November 23, 2020. The Court has carefully reviewed the Stipulation and the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [10]** is **APPROVED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. The Court shall retain jurisdiction for the sole purpose of enforcing the terms of the settlement between the parties;

5. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;

6. The Clerk of Court is directed to **CLOSE** this case.

Case No. 20-cv-62061-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 23, 2020.

*[signature]*

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record